### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL NO. 5:04cr17-DCB

DAVID GARLAND ATWOOD, II                                 DEFENDANT

### ORDER

    This matter comes before the Court on the defendant's, David Atwood's, Request for Information Pursuant to the Freedom of Information and Privacy Act [**docket entry no. 46**].  The defendant cites the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and requests that the Clerk of the United States Southern District of Mississippi provide him with a number of documents at the government's expense.  FOIA, however, has no application to the courts of the United States.  See 5 U.S.C. § 551(1)(B).  Accordingly,

    IT IS HEREBY ORDERED that the defendant's Request for Information Pursuant to the Freedom of Information and Privacy Act [**docket entry no. 46**] is **DENIED**.

    SO ORDERED, this the 8th day of March, 2006.


                                   S/DAVID BRAMLETTE
                                   UNITED STATES DISTRICT JUDGE